**SET ASIDE AND REMANDED: Opinion issued October 18, 2012.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01392-CV

## CHARLES "CHUCK" ORMAND WILLIAMS II AND CYNTHIA A. WILLIAMS, Appellants

### V.

## MS CONSTRUCTORS LLC D/B/A MONTY SMITH COMPANY, Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-02226**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Myers

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. They ask that we set aside the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement.

We grant the parties' motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for the rendition of judgment in accordance with their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

 

 

/s/ Lana Myers

LANA MYERS

JUSTICE

111392F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLES "CHUCK" ORMAND WILLIAMS II AND CYNTHIA A. WILLIAMS, Appellants

No. 05-11-01392-CV          V.

MS CONSTRUCTORS LLC D/B/A MONTY SMITH COMPANY, Appellee

Appeal from the 162nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 09-02226).
Opinion delivered by Justice Myers, Justices Moseley and Fillmore, participating.

        Based on the Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to the merits and the case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

        Subject to any agreement of the parties regarding costs, it is **ORDERED** that appellee, MS Constructors LLC d/b/a Monty Smith Company, recover its costs of the appeal from appellants, Charles "Chuck" Ormand Williams II and Cynthia A. Williams.


Judgment entered October 18, 2012.



_____
LANA MYERS
JUSTICE